**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Spatacco aka J.A. Spatacco <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 17-10008 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of VW Credit Leasing, Ltd, and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/Denise Carlon, Esquire**
                                       Denise Carlon, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322 FAX (215) 627-7734