# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10008-AMC

JOSEPH SPATACCO

1205 Joshua Drive

West Chester, PA 19380

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JOSEPH SPATACCO

1205 Joshua Drive

West Chester, PA 19380

**Counsel for debtor(s), by electronic notice only.**
STEPHEN VINCENT BOTTIGLIERI
MICHAEL F.X. GILLIN & ASSO
230 N MONROE ST
MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

        /s/ William C. Miller

Date: 3/8/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee