14-0962

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph Spatacco<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br>Movant<br><br>v.<br><br>Joseph Spatacco and<br>William C. Miller, Esquire<br><br>Respondents | 17-10008 AMC<br><br>Chapter 13 Proceeding<br><br>Related to Document #35: |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

    Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Objection to Confirmation, which was filed on 10/30/2017, at docket #35.

    POWERS KIRN & ASSOCIATES, LLC

    By: **Harry B. Reese, Esquire**
    Attorney ID# 310501
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090
    E-mail: Harry.Reese@pkjllc.com
    Attorney for Movant
    Dated: December 8, 2017

14-0962

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph Spatacco<br><br>Debtor(s)<br>WELLS FARGO BANK, N.A.<br><br>Movant<br>v.<br>Joseph Spatacco and<br>William C. Miller, Esquire<br><br>Respondents | 17-10008 AMC<br><br>Chapter 13 Proceeding<br><br>Related to Document #35: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, **Harry B. Reese, Esquire**, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on December 8, 2017:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first class U.S. mail.

**Parties Served via Electronic Notification:**

Stephen Vincent Bottiglieri, Esquire
230 North Monroe Street
Media, PA 19063
Attorney for Debtor(s)

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA 19107
Trustee

**Parties Serviced via First Class Mail:**

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Harry B. Reese, Esquire**
Attorney ID# 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Harry.Reese@pkjllc.com
Attorney for Movant