# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10008-AMC

JOSEPH SPATACCO

1205 Joshua Drive

West Chester, PA 19380

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH SPATACCO

    1205 Joshua Drive

    West Chester, PA 19380

Counsel for debtor(s), by electronic notice only.

    STEPHEN VINCENT BOTTIGLIERI
    MICHAEL F.X. GILLIN & ASSO
    230 N MONROE ST
    MEDIA, PA 19063-

Date: 1/11/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee