UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Joseph Spatacco                :    Chapter 13
                                        :
                                        :
         Debtor                         :    Bankruptcy No.  17-10008- AMC

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Stephen V. Bottiglieri, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on January 30, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on __February 20__, 2018, at __11:00 a.m.__ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __February 5, 2018__.

**Date: January 30, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Stephen V. Bottiglieri, Esquire
      66 Euclid Street, Suite C
      Woodbury, NJ 08096

      Joseph Spatacco
      1205 Joshua Drive
      West Chester, PA 19380

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119