```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                      Case No. 17-10008-amc
Joseph Spatacco                                             Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 2              Date Rcvd: Jan 30, 2018
                               Form ID: pdf900             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db            +Joseph Spatacco,    1205 Joshua Drive,    West Chester, PA 19380-5824
cr            +Commonwealth of PA, Dept of Revenue,    c/o Christopher R. Momjian,
                21 S. 12th Street, 3rd Floor,    Office of Attorney General,    Philadelphia, PA 19107-3604
13845306     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
13845307      +Gina Spatacco,    1205 Joshua Drive,    West Chester, PA 19380-5824
13845311      +Pennsylvania Department of,    Labor and Industry,    Labor and Industry Building,
                Harrisburg, PA 17121-0001
13855743      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
13845314       Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
13871591       Wells Fargo Bank, N.A.,    Default Document Processing N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:47      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 01:47:24      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13899953       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2018 01:47:39      American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13845305      +E-mail/Text: steve@bottiglierilaw.com Jan 31 2018 01:47:01      Bottiglieri Law, LLC,
                Stephen V. Bottiglieri, Esquire,    66 Euclid Street,    Woodbury, NJ 08096-4626
13845308       E-mail/Text: cio.bncmail@irs.gov Jan 31 2018 01:46:09      Internal Revenue Service,
                Centeralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13845310      +E-mail/Text: M74banko@daimler.com Jan 31 2018 01:47:02      Mb Fin Svcs,    P.o. Box 961,
                Roanoke, TX 76262-0961
13916006       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 01:53:28
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13869792      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 01:53:28
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13885402       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:23
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
13845312      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                Harrisburg, PA 17128-0001
13845313      +E-mail/Text: vci.bkcy@vwcredit.com Jan 31 2018 01:46:36      Vw Credit Inc,    1401 Franklin Blvd,
                Libertyville, IL 60048-4460
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13845309*     +Joseph Spatacco,    1205 Joshua Drive,    West Chester, PA 19380-5824
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia             Page 2 of 2                    Date Rcvd: Jan 30, 2018
                              Form ID: pdf900            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Joseph   Spatacco steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Joseph Spatacco | : | Chapter 13 |
| | | : | |
| | | : | |
| | Debtor | : | Bankruptcy No. 17-10008- AMC |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Stephen V. Bottiglieri, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on January 30, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on __February 20__, 2018, at __11:00 a.m__ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __February 5, 2018__.

**Date: January 30, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Stephen V. Bottiglieri, Esquire
      66 Euclid Street, Suite C
      Woodbury, NJ 08096

      Joseph Spatacco
      1205 Joshua Drive
      West Chester, PA 19380

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119