**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Joseph Spatacco,        : Chapter 13
                    Debtor        : Case No. 17-10008-amc

## ORDER

**AND NOW,** this __20th__ day of __February__, 2018 upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,100.00 and expenses in the amount of $405.50 and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in the Application less $2,612.00 which was paid by the Debtor pre-petition and $405.50 of allowed expenses less the $388.00 paid by the Debtor. The total distribution to Applicant shall be $505.50.

BY THE COURT:

_____
**HONORABLE ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY COURT**