United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10008-amc
Joseph Spatacco                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Feb 20, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db         +Joseph Spatacco,   1205 Joshua Drive,   West Chester, PA 19380-5824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
          CHRISTOPHER R. MOMJIAN   on behalf of Creditor   Commonwealth of PA, Dept of Revenue
           crmomjian@attorneygeneral.gov
          DENISE ELIZABETH CARLON   on behalf of Creditor   VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
          HARRY B. REESE   on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
          JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          REBECCA ANN SOLARZ   on behalf of Creditor   VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI   on behalf of Debtor Joseph  Spatacco steve@bottiglierilaw.com,
           ecfnotice@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                  TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Joseph Spatacco,                : Chapter 13
                    Debtor                : Case No. 17-10008-amc

## ORDER

**AND NOW,** this __20th__ day of __February__, 2018 upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,100.00 and expenses in the amount of $405.50 and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in the Application less $2,612.00 which was paid by the Debtor pre-petition and $405.50 of allowed expenses less the $388.00 paid by the Debtor. The total distribution to Applicant shall be $505.50.

BY THE COURT:

_____
**HONORABLE ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY COURT**